LAURA D. HECKATHORN (SBN 228861)
lheckathorn@edwardswildman.com
WILLIAM LE (SBN 228390)
wle@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Boulevard, Suite 200
Beverly Hills, California  90212
Telephone:   (310) 860-8700
Facsimile:   (310) 860-3800

MATTHEW E. FARMER (SBN 190484)
mfarmer@littler.com
LITTLER MENDELSON
5200 North Palm Avenue, Suite 302
Fresno, California  93704
Telephone:   (559) 244-7500
Facsimile:   (559) 244-7525

Attorneys for Defendant
GARFIELD BEACH CVS, LLC dba
CVS PHARMACY, INC.

SHELLEY G. BRYANT (SBN 222925)
AMANDA B. WHITTEN (SBN 251160)
anewell@sgbryantlawoffices.com
LAW OFFICES OF SHELLEY G. BRYANT
8050 North Palm Avenue, Suite 300
Fresno, California 93711
Telephone:   (559) 389-5856
Facsimile:   (559) 421-0369

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE E. RUVALCABA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation,<br><br>　　　　　Defendant. | Case No.  1:12-cv-00234-AWI-MJS<br><br>(Hon. Magistrate Michael Seng)<br><br>**ORDER**<br><br>Complaint Filed:　February 17, 2012<br>Trial Date:　　　　October 8, 2013 |

EDWARDS WILDMAN
PALMER LLP
ATTORNEYS AT LAW
BEVERLY HILLS

AM 18853472.1

- 1 -

**ORDER**

1  GOOD CAUSE appearing, this Court accepts and adopts the parties'
2 Stipulation (Doc 29) and modifies the May 25, 2012 Scheduling Order (Doc 13) by
3 ORDERING that the deadline for filing non-dispositive motions be extended from
4 March 22, 2012 to April 24, 2013.

IT IS SO ORDERED.

Dated:   March 20, 2013          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

Edwards Wildman
Palmer LLP
Attorneys At Law
Beverly Hills

AM 18853472.1                - 2 -
                        [PROPOSED] ORDER