1  **SHELLEY G. BRYANT - #222925**
   **AMANDA B. WHITTEN - #251160**
2  **BRYANT WHITTEN, LLP**
   8050 North Palm Avenue, Suite 210
3  Fresno, California 93711
   (559) 494-4910 Telephone
4  (559) 421-0369 Facsimile

5

6  Attorneys for Plaintiff, CELESTE RUVALCABA

7

8  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
9

10 CELESTE E. RUVALCABA,                )   Case No. 1:12-cv-00234-AWI-MJS
                                         )
11        Plaintiff,                     )   **ORDER RE STIPULATION FOR**
                                         )   **DISMISSAL OF COMPLAINT WITH**
12 vs.                                   )   **PREJUDICE PER FRCP 41(A)(2)**
                                         )
13 CVS PHARMACY, INC., a Rhode Island    )
   corporation,                          )
14                                       )
          Defendant.                     )
15                                       )
                                         )
16

17      The April 23, 2013, the parties filed a stipulation to dismiss this action pursuant to Rule 41 of

18 the federal Rules of Civil Procedure. Based on the parties' stipulation, the Court hereby orders the

19 above-entitled case dismissed with prejudice pursuant to Rule 41.

20 IT IS SO ORDERED.

21 Dated:   April 23, 2013
                                                   _____
22                                                 SENIOR DISTRICT JUDGE

23

24

25

26

27

28