**SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorneys for Plaintiff, CELESTE RUVALCABA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE E. RUVALCABA,<br><br>Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC., a Rhode Island corporation,<br><br>Defendant. | Case No. 1:12-cv-00234-AWI-MJS<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2)** |

The April 23, 2013, the parties filed a stipulation to dismiss this action pursuant to Rule 41 of the federal Rules of Civil Procedure. Based on the parties' stipulation, the Court hereby orders the above-entitled case dismissed with prejudice pursuant to Rule 41.

IT IS SO ORDERED.

Dated:   April 23, 2013                                     _____
                                                                                SENIOR DISTRICT JUDGE